UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leuthvilay Keohavang<br><br>       Plaintiff,<br><br>v.<br><br>City of Clovis<br><br>       Defendant. | Case No.  1:24-cv-0023-KES-SKO<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 7/03/2024.

July 9, 2024

KEITH HOLLAND, CLERK

By: /s/  R. Gonzalez,
Deputy Clerk